UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

FEB 02 2010

CASE NO. <u>C-09-236  SS</u>

, Clerk of Court

| UNITED STATES OF AMERICA | )( | Judge <u>Janis Graham Jack</u> |
|---|---|---|
| | )( | |
| | )( | Courtroom Deputy <u>Sondra Scotch</u> |
| | )( | |
| vs. | )( | Court Reporter/Recorder <u>Velma Gano</u> |
| | )( | |
| ELEAZAR CASTILLO GARCIA | )( | Proceeding: <u>Jury Trial</u> |
| MARGUERITE JEANNETTE GARCIA | )( | |
| JOHN D MARTINEZ | )( | Date: <u>February 2, 2010</u> |
| FRANK D MARTINEZ | )( | |
| | )( | Exhibit List of: <u>**Govt**</u> |
| | )( | |
| Page <u>1</u> of <u>16</u> Pages | )( | Attorney: <u>Rex Beasley</u> |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 1 | Cease and Desist Order from Texas Board of Orthotics and Prosthetics 10-9-01 | ✓ | ✓ | | 2/2/10 | |
| 2 | Certified mail return receipt for exhibits 1 and 22 | ✓ | ✓ | | 2/2/10 | |
| 3 | Eleazar Garcia application for orthotic license without exam  2-2-99 | ✓ | ✓ | | 2/2/10 | |
| 4 | Letter addendum 3-31-99 to license application (Exhibit 3) | ✓ | ✓ | | 2/2/10 | |
| 5 | OSDME "Dear Healthcare Provider" letter | ✓ | ✓ | | 2/2/10 | |
| 6 | Eleazar BOP Registration Certificate 1-1-01 | ✓ | ✓ | | 2/2/10 | |
| 7 | OSDME Check 2792 and receipt and payment coupon | ✓ | ✓ | | 2/2/10 | |
| 8 | Eleazar Garcia application for orthotic license without exam  5-7-99 | ✓ | ✓ | | 2/2/10 | |
| 9 | OSDME Check 3113 and receipt and payment coupon | ✓ | ✓ | | 2/2/10 | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 10 | Eleazar Garcia orthotic license examination registration 10-5-99 | ✓ | ✓ |  | 2/2/10 |  |
| 11 | TBOP letter to Eleazar Garcia 11-9-99 re failed examination | ✓ | ✓ |  | 2/2/10 |  |
| 12 | OSDME Facility application 6-15-99 | ✓ | ✓ |  | 2/2/10 |  |
| 13 | Photograph of exterior of OSDME | ✓ | ✓ |  | 2/2/10 |  |
| 14 | OSDME Check 3208 for payment of application fee with receipt | ✓ | ✓ |  | 2/2/10 |  |
| 15 | OSDME Sample patient information form and patient notes form | ✓ | ✓ |  | 2/2/10 |  |
| 16 | OSDME Sample of Certificate of medical necessity and script | ✓ | ✓ |  | 2/2/10 |  |
| 17 | TBOP letter 1-04-00 denying accreditation to OSDME | ✓ | ✓ |  | 2/2/10 |  |
| 18 | TBOP letter 3-27-00 re granting facility accreditation to OSDME | ✓ | ✓ |  | 2/2/10 |  |
| 19 | TBOP letter 10-24-00 to OSDME | ✓ | ✓ |  | 2/2/10 |  |
| 20 | Eleazar Garcia registration 3-11-00 for orthotic licensing exam on 4-15-00 | ✓ | ✓ |  | 2/2/10 |  |
| 21 | TBOP 4-15-00 exam results 5-04-00 | ✓ | ✓ |  | 2/2/10 |  |
| 22 | TBOP Letter to Eleazar Garcia 10-10-01. | ✓ | ✓ |  | 2/2/10 |  |
| 23 | TBOP 10-16-01 Report of contact with Eleazar Garcia on 10-15-01 | ✓ | ✓ |  | 2/2/10 |  |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 24 | TBOP fax cover to Eleazar Garcia 10-15-01 re examination registration | ✓ | ✓ | | 2/2/10 | |
| 25 | Eleazar Garcia registration to take orthotic licensing examination 10-16-01 | ✓ | ✓ | | 2/2/10 | |
| 26 | Results of licensing exam taken by Eleazar Garcia on 10-27-01 | ✓ | ✓ | | 2/2/10 | |
| 27 | TBOP letter to Eleazar Garcia 11-14-01 re failed exam with certified mail receipt for letter | ✓ | ✓ | | 2/2/10 | |
| 28 | TBOP letter to Eleazar Garcia 11-14-01 re failure of OSDME to designate licensed PIC and proposal to revoke accreditation with certified mail receipt for letter. | ✓ | ✓ | | 2/2/10 | |
| 29 | Letter from Sixto Vargas 11-28-01 to TBOP | ✓ | ✓ | | 2/2/10 | |
| 30 | Letter from TBOP to Sixto Vargas 12-06-01 | ✓ | ✓ | | 2/2/10 | |
| 31 | TBOP notes of call with Jeanette Garcia 12-14-01 | ✓ | ✓ | | 2/2/10 | |
| 32 | Letter to TBOP from Sixto Vargas 12-19-01 | ✓ | ✓ | | 2/2/10 | |
| 33 | Letter from TBOP to Eleazar and Jeanette Garcia 12-20-01 | ✓ | ✓ | | 2/2/10 | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 34 | Fax from Eleazar Garcia to TBOP with excerpts from the Orthotics Practice Act | ✓ | ✓ |  | 2/2/10 |  |
| 35 | TBOP letter to Eleazar Garcia 1-14-02 re requirement for license and OSDME expired facility accreditation. | ✓ | ✓ |  | 2/2/10 |  |
| 36 | TBOP report of contact from Stephen Johnson of Medicaid 1-14-02 | ✓ | ✓ |  | 2/2/10 |  |
| 37 | Fax from Stephen Johnson 1-14-02 regarding revocation of Medicare number | ✓ | ✓ |  | 2/5/10 |  |
| 38 | Letter from Medicare to Eleazar Garcia 1-14-02 revoking OSDME Medicare Supplier Number as of 12-31-01 | ✓ | ✓ |  | 2/5/10 |  |
| 39 | Letter 2-22-02 to TBOP from OSDME signed by John Martinez and Frank Martinez | ✓ | ✓ |  | 2/2/10 |  |
| 40 | Letter 2-22-02 to Medicare from OSDME seeking reinstatement of OSDME Medicare supplier number | ✓ | ✓ |  | 2/2/10 |  |
| 41 | OSDME Facilities Renewal Application signed by Jeanette Garcia 2-22-02 and submitted to TBOP 3-01-02 | ✓ | ✓ |  | 2/2/10 |  |
| 42 | Fax letter from John Martinez to TBOP 3-04-02 | ✓ | ✓ |  | 2/2/10 |  |
| 43 | Texas Administrative Code Chapter 821 excerpts |  |  |  |  |  |
| 44 | TBOP fax to John Martinez 3-12-02 re approved facility accreditation for OSDME | ✓ | ✓ |  | 2/2/10 |  |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 45 | Medicare Hearings and Appeals Assignment Sheet from Tanya | ✓ | ✓ | | 2/2/10 | |
| 46 | Medicare Contact/Progress notes re Tanya's calls on 3-12-02 with TBOP and Jeanette Garcia | ✓ | ✓ | | 2/2/10 | |
| 47 | Fax from TBOP to Medicare 3-12-02 with approved facility accreditation for OSDME | ✓ | ✓ | | 2/2/10 | |
| 48 | OSDME fax to Medicare on 3-12-02 with Copies of Licenses of John Martinez and Frank Martinez | ✓ | ✓ | | 2/2/10 | |
| 49 | Letter from Medicare to OSDME re reinstatement as of 3-4-02 | ✓ | ✓ | | 2/5/10 | |
| 50 | TBOP Letter to John Martinez 3-21-02 re accreditation of OSDME as Orthotics Facility only | ✓ | ✓ | | 2/2/10 | |
| 51 | TBOP Letter to John Martinez 3-28-02 re Eleazar Garcia practicing without a license | ✓ | ✓ | | 2/2/10 | |
| 52 | Certified mail receipt for exhibit 51 | ✓ | ✓ | | 2/2/10 | |
| 53 | E-mail from John Martinez to TBOP 4-1-02 in response to letter. | ✓ | ✓ | | 2/2/10 | |
| 54 | Eleazar Garcia letter to TBOP 11-1-02 | ✓ | ✓ | | 2/2/10 | |
| 55 | OSDME Facility Accreditation Renewal application 6-18-03 | ✓ | ✓ | | 2/2/10 | |
| 56 | TBOP Letter to Jeanette Garcia 7-17-03 re floor plan | ✓ | ✓ | | 2/2/10 | |

5

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 57 | Fax From Jeanette Garcia to TBOP 9-17-03 with floor plan | ✓ | ✓ | | 2/2/10 | |
| 58 | Fax to TBOP from Jeanette Garcia 9-19-03 with Testimonial from John Martinez | ✓ | ✓ | | 2/2/10 | |
| 59 | Fax to TBOP from Eleazar Garcia 3-22-05 with Registration form to take orthotics licensing examination | ✓ | ✓ | | 2/2/10 | |
| 60 | TBOP fax to Eleazar Garcia on 3-24-05 confirming registration for 4-22-05 examination | ✓ | ✓ | | 2/2/10 | |
| 61 | TBOP letter to Eleazar Garcia re: failed 4/22/005 examination | ✓ | ✓ | | 2/2/10 | |
| 62 | Record of Eleazar Garcia's failure to pass April 2007 Orthotic Licensing examination | ✓ | ✓ | | 2/2/10 | |
| 63 | Record of Eleazar Garcia's failure to pass November 2007 Orthotic Licensing examination | ✓ | ✓ | | 2/2/10 | |
| 64 | John Martinez letter to TBOP 12-23-08 rescinding PIC status | ✓ | ✓ | | 2/2/10 | |
| 65 | Jeanette Garcia letter re intent to surrender facility license 1-02-09 | ✓ | ✓ | | 2/2/10 | |
| 66 | SAOAL Facilities Accreditation Application Signed by John Martinez on 9-27-04 and submitted to TBOP on 11-4-04 | ✓ | ✓ | | 2/2/10 | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 67 | Wilson Group Admin. Support Search Assignment | ✓ | ✓ | | 2/3/10 | |
| 68 | Wilson Group fax to Teri Klein 2-4-02 | ✓ | ✓ | | 2/3/10 | |
| 69 | Teri Klein fax to Wilson Group 2-04-02 | ✓ | ✓ | | 2/3/10 | |
| 70 | Wilson Group fax to Teri Klein 2-06-02 | ✓ | ✓ | | 2/3/10 | |
| 71 | Teri Klein fax to Wilson Group 2-06-02 | ✓ | ✓ | | 2/3/10 | |
| 72 | Notes of Becky Bryant of the Wilson Group | | | | | |
| 73 | Wilson Group invoice 30927 work sheet | ✓ | ✓ | | 2/3/10 | |
| 74 | Wilson Group invoice 30927 dated 2-28-02 for $5,000 | ✓ | ✓ | | 2/3/10 | |
| 75 | OSDME check 3329 to the Wilson Group 3-05-02 for $5,000 | | | | | |
| 76 | Fax cover sheet from John Martinez to Eleazar Garcia 4-03-02 and pages 2-5 of the Agreement for the Provision of Orthotic and Prosthetic Services and Support between SAOAL and OSDME provided by Eleazar and Jeanette Garcia on 11-28-06 | ✓ | ✓ | | 2/2/10 | |
| 77 | John Martinez letter to Blue Cross and Blue Shield dated 5-18-09 | ✓ | ✓ | | 2/3/10 | |
| 78 | Teresa Klein complaint statement to TBOP September 06 | | | | | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 79 | Texas Workforce Commission records of quarterly reports of employees 2002 to 2008 | ✓ | ✓ | | 2/3/10 | |
| 80 | OSDME Medicaid Provider Application 1-23-96 | ✓ | ✓ | | 2/4/10 | |
| 81 | OSDME Medicaid Provider Agreement 1-23-96 | ✓ | ✓ | | 2/4/10 | |
| 82 | OSDME Medicaid Provider Agreement 6-4-99 | ✓ | ✓ | | 2/4/10 | |
| 83 | Blank CMS 1500 claim form | ✓ | ✓ | | 2/4/10 | |
| 84 | CD of OSDME Medicare claims from 3-4-02 through 12-23-08 (excluding dates of service on Tuesdays) | | | | | |
| 85 | Summary Chart of claims from Exhibit 84 | | | | | |
| 86 | CD of OSDME Medicaid claims from 3-4-02 through 12-23-08 (excluding dates of service on Tuesdays) | | | | | |
| 87 | Summary Chart of claims from Exhibit 86 | | | | | |
| 88 | OSDME Medicare Supplier Number Application 11-21-95 | ✓ | ✓ | | 2/5/10 | |
| 89 | OSDME Medicare Health Care Provider/Supplier Enrollment Application 6-26-01 | ✓ | ✓ | | 2/5/10 | |
| 90 | Medicare Supplier Standards 42 CFR §424.57 | | | | | |
| 91 | Eleazar BOP Registration Certificate 1-1-01 | | | | | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 92 | Fax to Medicare from Michael Park on 11-29-01 with copy of his complaint to TBOP about Eleazar Garcia Cease and Desist Order to Eleazar Garcia dated 10-9-01 | | | | | |
| 93 | TBOP Fax to Medicare 1-14-02 with copy of TBOP letter to Eleazar Garcia 1-14-02 | ✓ | ✓ | | 2/2/10 | |
| 94 | OSDME Medicare Federal Health Care Provider/Supplier Enrollment Application Re-Enrollment 5-24-04 | ✓ | ✓ | | 2/2/10 | |
| 95 | CMS fax to OSDME 8-13-04 regarding missing signature on Re-enrollment application. | ✓ | ✓ | | 2/2/10 | |
| 96 | OSDME Re-enrollment application Signature page and Certification Statement 6-9-04 | ✓ | ✓ | | 2/2/10 | |
| 97 | Jeanette Garcia Certification Statement to Medicare 6-30-04 | ✓ | ✓ | | 2/2/10 | |
| 98 | OSDME patient file pertaining to Cierah Lackey (Count 2) | ✓ | ✓ | | 2/2/10 | |
| 98A | OSDME - Fax 3 pages | ✓ | ✓ | | 2/4/10 | |
| 99 | OSDME patient file pertaining to Cipriano (Cip) Deleon (Count 3) | ✓ | ✓ | | 2/2/10 | |
| 99 (a) | OSDME patient file pertaining to Cipriano (Cip) Deleon (Count 6) | ✓ | ✓ | | 2/2/10 | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 99 (b) | OSDME patient file pertaining to Cipriano (Cip) Deleon | ✓ | ✓ | | 2/4/10 | |
| 100 | OSDME patient file pertaining to Enedelia Requenez (Count 4) | ✓ | ✓ | | 2/2/10 | |
| 101 | OSDME patient file pertaining to Elma Valadez (Count 5) | ✓ | ✓ | | 2/2/10 | |
| 101(a) | OSDME patient file pertaining to Elma Valadez (Count 7) | ✓ | ✓ | | 2/2/10 | |
| 101(b) | OSDME patient file pertaining to Elma Valadez (Count 12) | ✓ | ✓ | | 2/2/10 | |
| 102 | OSDME patient file pertaining to Rosalie Porter (Count 8) | ✓ | ✓ | | 2/2/10 | |
| 103 | OSDME patient file pertaining to Santiago Guzman (Count 9) | ✓ | ✓ | | 2/2/10 | |
| 104 | OSDME patient file pertaining to Rosa Garcia Balboa (Count 10) | ✓ | ✓ | | 2/2/10 | |
| 105 | OSDME patient file pertaining to Jo Ann Saenz (Count 11) | ✓ | ✓ | | 2/2/10 | |
| 105(a) | OSDME patient file pertaining to Jo Ann Saenz (Count 13) | ✓ | ✓ | | 2/2/10 | |
| 106 | OSDME patient file pertaining to Elvira Limon | ✓ | ✓ | | 2/3/10 | |
| 106(a) | Original of page 9 from Exhibit 106. | ✓ | ✓ | | 2/3/10 | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 107 | Copy of Orthotics and Prosthetics Act from files of OSDME (Bates 00513 to 00518) | | | | | |
| 108 | Copy of TBOP Rules from files of OSDME (Bates 00519 to 00521) | | | | | |
| 109 | Excerpts from 23 Texas Register 11108 October 30, 1998 regarding chapter 821 of the Texas Administrative Code (TBOP) from files of OSDME (Bates 00522 to 00564) | | | | | |
| 110 | Letter from OSDME to Senator Truan on 4-6-99 | | | | | |
| 111 | TBOP Presentation Handouts of Meeting 4-10-99 from OSDME file bates 00361 to 00368 | | | | | |
| 112 | Letter to TBOP from Jeanette Crout 10-27-99 re unlicensed individuals | | | | | |
| 113 | Copies of OSDME bank checks to SAOAL | ✓ | ✓ | | 2/3/10 | |
| 113(a) | Bank Statements re: hard to read copies of checks in Exhibit 113 | ✓ | ✓ | | 2/3/10 | |
| 114 | Summary chart of Exhibit 113 | ✓ | ✓ | | 2/8/10 | |
| 115 | Eleazar Garcia ABC Certified Fitter Application 8-8-07 | ✓ | ✓ | | 2/2/10 | |
| 116 | John Martinez ABC Supervisor's Attestation 8-8-07 | ✓ | ✓ | | 2/2/10 | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 117 | ABC letter to Eleazar Garcia 10-1-07 | ✓ | ✓ | | 2/2/10 | |
| 118 | ABC Facility Accreditation Application from OSDME 6-5-07 | ✓ | ✓ | | 2/9/10 | |
| 119 | ABC letter to OSDME 12-17-07 denying full ABC facility accreditation and requesting Corrective Action Plan | ✓ | ✓ | | 2/2/10 | |
| 119(a) | May 6, 2009 letter from ABC to US Attorney's Office | | | | | |
| 120 | ABC Facility Accreditation Application from SAOAL 8-30-06 | ✓ | ✓ | | 2/2/10 | |
| 121 | Excerpts from ABC Code of Professional Responsibility | | | | | |
| 122 | Excerpts from ABC Cannons of Ethical Conduct | | | | | |
| 123 | Excerpts from Medicaid Provider Manual 2002 | ✓ | ✓ | | 2/4/10 | |
| 124 | Excerpts from Medicaid Provider Manual 2003 | | | | | |
| 125 | Excerpts from Medicaid Provider Manual 2004 | | | | | |
| 126 | Excerpts from Medicaid Provider Manual 2005 | | | | | |
| 127 | Excerpts from Medicaid Provider Manual 2006 | | | | | |
| 128 | Excerpts from Medicaid Provider Manual 2007 | | | | | |
| 129 | Excerpts from Medicaid Provider Manual 2008 | | | | | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 130 | SAOAL/OSDME records of Jay Pastwa (Count 14) | ✓ | ✓ | | 2/2/10 | |
| 131 | SAOAL/OSDME records of Calvin Drummond (Count 15) | ✓ | ✓ | | 2/2/10 | |
| 132 | SAOAL/OSDME records of Carolyn Tatulinski (Count 16) | ✓ | ✓ | | 2/2/10 | |
| 133 | SAOAL/OSDME records of Justin Willis (Count 17) | ✓ | ✓ | | 2/2/10 | |
| 134 | SAOAL/OSDME records of Linda Salas (Count 18) | ✓ | ✓ | | 2/2/10 | |
| 135 | SAOAL/OSDME records of Mary Rivas (Count 19) | ✓ | ✓ | | 2/2/10 | |
| 136 | SAOAL/OSDME records of Jutta Garza (Count 20) | ✓ | ✓ | | 2/2/10 | |
| 137 | SAOAL/OSDME records of J.D. Martinez | ✓ | ✓ | | 2/2/10 | |
| 138 | United 1099 income statements to OSDME | | | | | |
| 139 | Handwritten statement of Eli Garcia 2-22-07 | | | | | |
| 140 | Texas Secretary of State records pertaining to OSDME | ✓ | ✓ | | 2/2/10 | |
| 141 | Donna Flippin Report contact with John Martinez 6-24-02 | ✓ | ✓ | | 2/2/10 | |
| 142 | Donna Flippin Report of contact w/ John Martinez 7-15-02 | ✓ | ✓ | | 2/2/10 | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 143 | Handwritten Statement of John Martinez 4-5-07 | ✓ | ✓ | | 2/2/10 | |
| 144 | Excerpts of Ingenix 2007 Expert HCPCS Level II provided to FBI by Jeanette Garcia on 2-25-09 | | | | | |
| 145 | Excerpts of Ingenix 2007 Expert HCPCS Level II | | | | | |
| 146 | Excerpts of Ingenix 2002 Expert HCPCS Level II | | | | | |
| 147 | Excerpts of Ingenix 2003 Expert HCPCS Level II | | | | | |
| 148 | Excerpts of Ingenix 2004 Expert HCPCS Level II | | | | | |
| 149 | Excerpts of Ingenix 2005 Expert HCPCS Level II | | | | | |
| 150 | Excerpts of Ingenix 2006 Expert HCPCS Level II | | | | | |
| 151 | Excerpts of Ingenix 2008 Expert HCPCS Level II | | | | | |
| 152 | Written Handwritten Statement of Sixto Vargas 4-7-07 | | | | | |
| 153 | SAOAL Bank checks Numbers 1072; 2216; 1134; 2568; 1226; 3063; 3166; 3875; 4120 to OSDME | | | | | |
| 154 | Summary of exhibit 153 | | | | | |
| 155 | Medicaid Provider Manual 2002 | | | | | |
| 156 | Medicaid Provider Manual 2003 | | | | | |
| 157 | Medicaid Provider Manual 2004 | | | | | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 158 | Medicaid Provider Manual 2005 | | | | | |
| 159 | Medicaid Provider Manual 2006 | | | | | |
| 160 | Medicaid Provider Manual 2007 | | | | | |
| 161 | Medicaid Provider Manual 2008 | | | | | |
| 162 | Ingenix 2002 Expert HCPCS Level II | | | | | |
| 163 | Ingenix 2003 Expert HCPCS Level II | | | | | |
| 164 | Ingenix 2004 Expert HCPCS Level II | | | | | |
| 165 | Ingenix 2005 Expert HCPCS Level II | | | | | |
| 166 | Ingenix 2006 Expert HCPCS Level II | | | | | |
| 167 | Ingenix 2007 Expert HCPCS Level II | | | | | |
| 168 | Ingenix 2008 Expert HCPCS Level II | | | | | |
| | | | | | | |
| 170 | OSDME billings to UNITED for SAOAL patients | ✓ | ✓ | | 2/5/10 | |
| 171 | Summary of 170 | | | | | |
| 172 | SAOAL record of OSDME payments (SAOAL Bates 04470) | | | | | |
| 173 | SAOAL/OSDME records (SAOAL Bates 07236 to 07249) | | | | | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 174 | SAOAL/OSDME records (SAOAL Bates 04556 to 04574) | ✓ | ✓ | | 2/5/10 | |
| 175 | SAOL discovery to government Bates 00001 to 07348 | | | | | |
| 176 | OSDME Fax dated 9-17-04 | ✓ | ✓ | | 2/8/10 | |
| 177 | Home Care Network Participation Agreement | ✓ | ✓ | | 2/5/10 | |
| 178 | Facility Participation Agreement | ✓ | ✓ | | 2/5/10 | |
| 180 | HCPCS - Millennium Edition Health Care Procedure Coding 2002 | ✓ | ✓ | | 2/5/10 | |
| 181 | Orthotic Documentation Report - Sister JoAnn Saenz | ✓ | ✓ | | 2/10/10 | |
| 182 | Communications Call Log Sister JoAnn Saenz | ✓ | ✓ | | 2/10/10 | |